IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,

v.

FORT STEUBEN IMPROVEMENTS, LLC,

    Defendant.

Case No. 2:16-cv-0419

JUDGE ALGENON L. MARBLEY

Magistrate Judge Kemp

## ORDER

This matter is before the Court on the motion (Doc. 20) of Steven E. Miller, Special Master appointed pursuant to this Court's August 11, 2016 Order. (Doc. 11.) On February 23, 2017, Special Master Miller conducted an auction at the United States District Court and sold the real property that is the subject of this case to Plaintiff for $10,333,333.34. (*See* Doc. 19.) Miller now seeks the Court's approval for $7,051.00 in fees. Miller attached an itemized fee statement to his motion. (Doc. 20-1.)

Southern District of Ohio General Order No. 07-03 establishes the fee to which a Special Master is entitled, but permits a judicial officer to order otherwise. Here, Miller argues that he is entitled to a higher fee, due to the "exceptional circumstances, expertise, and efforts expended" in the sale of this commercial property. The Court agrees. For this reason, and because Plaintiff does not oppose Miller's motion, the Court **GRANTS** Miller's motion for $7,051.00 in fees.

**IT IS SO ORDERED.**

                                                ALGENON L. MARBLEY
                                                UNITED STATES DISTRICT JUDGE

Dated: March 17, 2017